In the Matter of EDWARD F. CURLEY, JR., Respondent, against WILLIAM J. HEFFERNAN et al., Constituting the Board of Elections of the City of New York, Respondents, and JOHN F. X. MASTERSON, Appellant.— Order affirmed, without costs. Leave to appeal to the Court of Appeals is hereby granted. No opinion. Close, P. J., Carswell, Johnston and Lewis, JJ., concur; Hagarty, J., not voting.

## (October 29, 1945.)

MAX FELDMAN et al., Appellants, v. GREEN BUS LINES, INC., et al., Respondents, et al., Defendants.— Action to recover damages for personal injuries and loss of services, due to a collision between a bus of respondent Green Bus Lines, Inc., and a motor vehicle owned by respondent David Teitelbaum. Judgment in favor of respondents, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Close, P .J., Carswell, Johnston, Lewis and Aldrich, JJ.

ETHEL FREY, as Administratrix of the Estate of FRANCIS E. FREY, JR., Deceased, Appellant, v. LONG ISLAND RAIL ROAD COMPANY, Respondent.— In an action to recover damages for wrongful death, plaintiff appeals from so much of an order for the examination of defendant before trial as denied the examination by certain of defendant's employees, designated in subdivisions " a ", " b " and "·h " of the notice of motion, and also denied items " 4 ", " 22 ", " 23 ", " 25 " and " 26 " thereof. Order modified on the law (1) by granting defendant's examination by the employees specified in subdivisions " b " and " h " of the notice of motion; and (2) by granting items " 25 " and " 26 ". As thus modified, the order, insofar as appealed from, is affirmed, without costs, the examination to proceed on five days' notice. In our opinion, the examination should have been allowed as to the particulars indicated and of the individuals heretofore designated. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.